1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR (CSBN 228971)
4  Melanie.Proctor@usdoj.gov
   Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6730
7  FAX: (415) 436-6927

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 ZIAD SALIBA,                          )
                                         )  No. C 08-0481 VRW
13              Plaintiff,               )
                                         )
14        v.                             )  **STIPULATION TO EXTEND DATE OF**
                                         )  **CASE MANAGEMENT CONFERENCE;**
15 DAVID STILL, District Director, San Francisco )  **AND [PROPOSED] ORDER**
   Office of the United States Citizenship and   )
16 Immigration Services ("USCIS");       )
   EMILIO GONZALES, Director, USCIS;     )
17 MICHAEL CHERTOFF, Secretary,          )
   Department of Homeland Security;      )
18 MICHAEL MUKASEY, Attorney General of  )
   the United States,                    )
19                                       )
                Defendants.               )
20 _____)

21     The plaintiff, by and through his attorney of record, and defendants by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

23     1. Plaintiff filed this action on or about January 22, 2008.  The United States Attorney's Office

24 was not served until February 26, 2008.

25     2. Pursuant to this Court's January 22, 2008 Order Setting the Case Management Conference,

26 the parties are required to file a joint case management statement on April 24, 2008, and attend a

27 case management conference on May 1, 2008.

28     3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

Stip. to Extend
C08-0481 VRW                              1

1  case and/or Answer and prepare a joint case management statement, the parties hereby respectfully
2  ask this Court to extend the dates in the Court's scheduling order as follows:

3  Last day to file Defendants' Answer:                April 28, 2008
4  Last day to file Joint ADR Certification:            May 8, 2008
5  Last day to file/serve Joint Case Management Statement:  May 22, 2008
6  Case Management Conference:                          May 29, 2008, at 3:30 p.m.

7  Date: March 6, 2008                    Respectfully submitted,

8                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney

10                                        _____/s/_____
                                          MELANIE L. PROCTOR[1]
11                                        Assistant United States Attorney
                                          Attorneys for Defendants

14 Date: March 6, 2008                    _____/s/_____
                                          JEREMIAH JOHNSON
                                          Attorney for Plaintiff

16                          **ORDER**

17      Pursuant to stipulation, IT IS SO ORDERED.

19 Date: 3/10/08                          _____
                                          VAUGHN R. WALKER
                                          United States District Judge

GRANTED
Judge Vaughn R Walker

---

27      [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
28 signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip. to Extend
C08-0481 VRW                              2