```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    MELANIE L. PROCTOR (CSBN 228971)
 4  Melanie.Proctor@usdoj.gov
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-6730
 7      FAX: (415) 436-6927

 8  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZIAD SALIBA, ) | No. C 08-0481 VRW |
| Plaintiff, ) | |
| v. ) | **STIPULATED DISMISSAL and [PROPOSED] ORDER** |
| DAVID STILL, District Director, San Francisco Office of the United States Citizenship and Immigration Services ("USCIS"); EMILIO GONZALES, Director, USCIS; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; MICHAEL MUKASEY, Attorney General of the United States, ) | |
| Defendants. ) | |

Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

///

Stip. to Dismiss
C08-0481 VRW                                        1

| | |
|---|---|
| 1 | The parties shall bear their own costs and fees. |
| 2 | Date: May 20, 2008                        Respectfully submitted, |

1   The parties shall bear their own costs and fees.

2   Date: May 20, 2008                               Respectfully submitted,

3                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney

5                                                    _____/s/_____
                                                     MELANIE L. PROCTOR[1]
6                                                    Assistant United States Attorney
                                                     Attorneys for Defendants

8                                                    _____/s/_____
9   Date: May 20, 2008                               JEREMIAH JOHNSON
                                                     Attorney for Plaintiff

11                                  **ORDER**

12      Pursuant to stipulation, IT IS SO ORDERED.

13  Date: May 22, 2008

14                                  VAUGHN R. WALKER
                                    United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip. to Dismiss
C08-0481 VRW                                         2